## CURRY *v.* CURRY, administrator.

It appearing from the official entry made upon the bill of exceptions in this case that it was not filed in the office of the clerk of the trial court within fifteen days from the date of the judge's certificate, the writ of error must be dismissed.

Submitted May 28,—Decided August 14, 1907.

Motion to dismiss the writ of error.

*J. W. Quinçey, S. C. Townsend,* and *W. T. Dickerson,* for plaintiff in error.

*Wilson, Bennett & Lambdin* and *R. G. Dickerson,* contra.

COBB, P. J. The bill of exceptions was certified by the judge on December 3, 1906. Service was acknowledged by counsel on December 26, 1906. It appears, from the official entry of the clerk of the trial court, that the bill of exceptions was filed in his office on December 26, 1906. A motion is made to dismiss the

writ of error upon the ground that it was not filed in the office of the clerk of the trial court within fifteen days from the date of the judge's certificate. This motion must be sustained. *Swafford* v. *Swafford,* 125 *Ga.* 386, and cases cited.

Writ of error dismissed. All the Justices concur.